368 P.2d 911

**J. James ROGERS, Petitioner,**

v.

**Harold A. COX, Superintendent of New Mexico State Penitentiary, Respondent.**

No. 7002.

Supreme Court of New Mexico.

March 1, 1962.

COMPTON, Chief Justice, and CARMODY and MOISE, Justices, concurring; NOBLE, Justice, not participating.

ORDERED that the request for free process be and the same is hereby granted, and the petition for writ of habeas corpus is denied for failure of the petitioner to exhaust his remedy in district court.

368 P.2d 911

**Carl MARTIN, Petitioner,**

v.

**The STATE of New Mexico and Harold A. Cox, Warden of the New Mexico State Prison, Respondents.**

No. 6995.

Supreme Court of New Mexico.

March 1, 1962.

COMPTON, Chief Justice, and CARMODY, CHAVEZ and MOISE, Justices, concurring; NOBLE, Justice, not participating.

ORDERED that the request for free process be and the same is hereby granted, and the petition for writ of habeas corpus is denied for the reason that the petitioner has not exhausted his remedy in the district court.

368 P.2d 911

**James C. LATTIN, Petitioner,**

v.

**Harold A. COX, Warden New Mexico State Penitentiary and the State of New Mexico, et al., Respondents.**

No. 7140.

Supreme Court of New Mexico.

Feb. 23, 1962.

COMPTON, Chief Justice and CARMODY, CHAVEZ and NOBLE, Justices, concur.

MOISE, Justice, not participating.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of habeas corpus is denied for the reason that the petitioner has not exhausted his district court remedies.